David C. Johnston (SBN 71367)
Attorney at Law
1600 G Street, Suite 102
Modesto, California 95354
Telephone: (209) 579-1150
Fax: (209) 900-9199

Attorney for Defendant
Sean Afshin Amin

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 13-90435 |
| Sean Afshin Amin, | Chapter 7 Case |
|     Debtor. | Adversary No. |
| David Elliott and Angelina Elliott, | |
|     Plaintiffs, | |
| vs. | |
| Ellen Nevarez, Kevin Amin and , Sean Afshin Amin, individually and as owners of California Shade Inc. dba A-TEK Window & Door, and Does 1 to 20, inclusive, | |
|     Defendants. | |
| AND RELATED CROSS-COMPLAINT | |

## NOTICE OF REMOVAL

Sean Afshin Amin hereby removes the case entitled "David Elliott and Angelina Elliott, Plaintiffs, vs. Ellen Nevarez, Kevin Amin and Sean Afshin Amin, individually and as owners of California Shade Inc. dba A-TEK Window & Door, and Does I to 20,

inclusive, Defendants" and the related cross-action entitled "Ellen Nevarez, Cross-Complainant, vs. David Elliott, Kevin Amin, Sean Amin, individually and as owners of Caklifornia Shade Inc. Dba A-TEK Window & Door, and Moes 1 to 25, inclusive, Cross-Defendants, " pending in the Superior Court of California, County of Nevada (the "State Court"), case number CU0000191 (the "Removed Case"), to the United States Bankruptcy Court for the Eastern District of California, Modesto Division (the "Bankruptcy Court").

**ENTITLEMENT TO REMOVAL**

1. The complaint in the Removed Case was commenced on July 21, 2022 in the State Court. The cross-complaint in the Removed Case was filed no sooner than August 25, 2022. Neither the complaint nor the cross-complaint have been properly served on defendant Sean Afshin Amin. Removal complies with Federal Rule of Bankruptcy Procedure 9027(a)(3).

2. Sean Afshin Amin (the "Debtor") filed a voluntary Chapter 7 petition in the Bankruptcy Court on March 11, 2013 which was assigned case number 13-90435 (the "Bankruptcy Case). The order for relief was entered on the same date. The Debtor in Schedule B duly disclosed a 50% interest in California Shade, Inc., showing it as "defunct" with no value. The Debtor duly disclosed in the Statement of Financial Affairs, question 18, that he had been involved in California Shade Inc., from 2001 to 2010, but it was "OUT OF BUSINESS."

3. The Debtor received a discharge on June 24, 2013. All claims (except for certain tax claims) arising from his former involvement in California Shade Inc., which closed in 2010, were discharged pursuant to the discharge order.

4. Pursuant to 11 United States Code § 524(a)(2), there is a permanent injunction against the commencement or continuation of an action to collect a discharged debt. The claims asserted in the Removed Case are subject to the permanent injunction of 11 U.S.C. § 524(a)(2).

5. The Debtor intends to commence an adversary proceeding (or file a counter-claim) to determine that the claims and cross-claims asserted in the Removed Case were discharged

on June 24, 2013 in the Debtor's Chapter 7 case.

6. The District Court has jurisdiction of the Removed Case pursuant to 28 United States Code § 1334(b). Pursuant to 28 U.S.C. § 157(a), the District Court may refer the Removed Case to the bankruptcy judges for the district. By general order, the District Court has referred to the bankruptcy judges for this district all cases under Title 11, United States Code, and all proceedings under Title 11 or arising in or related to a case under Title 11. That includes the Removed Case.

## CORE/NON-CORE STATUS OF REMOVED CASE

7. The Removed Case is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(2)(I). Pursuant to Federal Rule of Bankruptcy Procedure 9027(a)(1), the Debtor consents to the entry of final orders and judgments by the bankruptcy judge.

## PLEADINGS

8. This notice is accompanied by all documents filed in the Removed Case.

## FILING IN THE STATE COURT

9. Promptly after filing of this Notice of Removal in the Bankruptcy Court, the undersigned will file a copy with the Clerk of the State Court.

Dated: September 12, 2022.

Respectfully submitted,

*/s/ David C. Johnston*

_____
David C. Johnston
Attorney for Debtor/Defendant
Sean Afshin Amin