David C. Johnston (SBN 71367)
Attorney at Law
1600 G Street, Suite 102
Modesto, California 95354
Telephone: (209) 579-1150
FAX: (209) 900-9199

Attorney for Defendant and Counterclaimant
Sean Afshin Amin

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 13-90435 |
| Sean Afshin Amin, | Chapter 7 Case |
|     Debtor. | Adversary No. 22-09002 |
| _____/ | |
| David Elliott and Angelina Elliott, | |
|     Plaintiffs, | |
| vs. | |
| Ellen Nevarez, Kevin Amin and Sean Afshin Amin, individually and as owners of California Shade Inc. dba A-TEK Window & Door, and Does 1 through 20, inclusive, | |
|     Defendants. | |
| _____/ | |

## ORDER FOR REMAND

The Court, having considered the Stipulation for (1) Entry of Judgment on Counterclaim and (2) Remand of Complaint (the "Stipulation") filed on March 14, 2023 between "Kevin Amin and Sean Afshin Amin, individually and as owners of California Shade Inc. dba A-TEK Window & Door (the "Amin Defendants") on the

1 | one hand and David Elliott and Angelina Elliott (the "Plaintiffs") on the other hand,
2 | and
3 | 　　　The Court, having determined pursuant to Federal Rule of Civil Procedure
4 | 54(c), applicable to adversary proceedings by Federal Rule of Bankruptcy Procedure
5 | 7054, that resolution of the Amin Defendants' claims that their bankruptcy discharges
6 | bar recovery by the Plaintiffs is separate and distinct from the Plaintiffs' personal
7 | injury claims against a non-debtor defendant originally asserted in the Superior Court
8 | of California, Nevada County case number CU0000191 (the "Superior Court Case"),
9 | which was removed to this Court, and
10 | 　　　The Court, having determined that the claims of Plaintiffs David Elliott and
11 | Angelina Elliott alleged in the Superior Court Case have been discharged in the
12 | Chapter 7 cases of Kayvan Amin, also known as Kevin Amin (case number 12-
13 | 92013), and Sean Afshin Amin (case number 13-90435), and there is no longer a
14 | basis for this Court to exercise jurisdiction over the removed Superior Court Case,
15 | 　　　NOW, THEREFORE, IT IS ORDERED:
16 | 　　　1. Adversary proceeding number 22-09002 entitled "David Elliott and
17 | Angelina Elliott, Plaintiffs, vs. Ellen NevareZ, Kevin Amin and Sean Afshin Amin,
18 | individually and as owners of California Shade, Inc. Dba A-TEK Window & Door,
19 | and Does 1 through 20, inclusive, Defendants" is remanded to the Superior Court of
20 | California, Nevada County, for all further proceedings.
21 | **Dated:** March 15, 2023　　　　　**By the Court**

*Ronald H. Sargis, Judge*
*United States Bankruptcy Court*