United States Bankruptcy Court
Eastern District of California

Elliott,
    Plaintiff

Nevarez,
    Defendant

Adv. Proc. No. 22-09002-E

# CERTIFICATE OF NOTICE

District/off: 0972-9     User: auto     Page 1 of 1
Date Rcvd: Mar 15, 2023     Form ID: pdf021     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | David C. Johnston, 1600 G Street, Suite 102, Modesto, CA 95354-2555 |
| def | + | Sean Afshin Amin, 3900 Pelandale Avenue, Suite 420, PMB 310, Modesto, CA 95356-9104 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cc | *+ | Sean Afshin Amin, 3900 Pelandale Avenue, Suite 420, PMB 310, Modesto, CA 95356-9104 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2023     Signature:     /s/Gustava Winters

| | |
|---|---|
| 1 | David C. Johnston (SBN 71367) |
| | Attorney at Law |
| 2 | 1600 G Street, Suite 102 |
| | Modesto, California 95354 |
| 3 | Telephone: (209) 579-1150 |
| | FAX: (209) 900-9199 |
| 4 | |
| 5 | Attorney for Defendant and Counterclaimant |
| | Sean Afshin Amin |

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re　　　　　　　　　　　　　　　　　Case No. 13-90435

Sean Afshin Amin,　　　　　　　　　　Chapter 7 Case

　　Debtor.　　　　　　　　　　　　　Adversary No. 22-09002
_____/

David Elliott and Angelina Elliott,

　　Plaintiffs,

vs.

Ellen Nevarez, Kevin Amin and Sean Afshin Amin, individually and as owners of California Shade Inc. dba A-TEK Window & Door, and Does 1 through 10, inclusive,

　　Defendants.
_____/

**JUDGMENT ON COUNTERCLAIM**

The Court, having considered the Stipulation for (1) Entry of Judgment on Counterclaim and (2) Remand of Complaint (the "Stipulation") filed on March 14, 2023 between "Kevin Amin and Sean Afshin Amin, individually and as owners of California Shade Inc. dba A-TEK Window & Door (the "Amin Defendants") on the one hand and David Elliott and Angelina Elliott (the "Plaintiffs") on the other hand, and

The Court, having determined pursuant to Federal Rule of Civil Procedure 54(c), applicable to adversary proceedings by Federal Rule of Bankruptcy Procedure 7054, that resolution of the Amin Defendants' claims that their bankruptcy discharges bar recovery by the Plaintiffs is separate and distinct from the Plaintiffs' personal injury claims against a non-debtor defendant originally asserted in the Superior Court of California, Nevada County case number CU0000191 (the "Superior Court Case"), and

Good cause appearing, therefor,

**IT IS ORDERED, ADJUDGED, AND DECREED** that:*

1. The claims of Plaintiffs David Elliott and Angelina Elliott alleged in the Superior Court Case against Kayvan Amin, also known as Kevin Amin (Bkcy Case No. 12-92013), and Sean Afshin Amin (Bkcy Case No.13-90435) <u>have been discharged in their respective Chapter 7 Bankruptcy Cases. Said discharges include operating as an injunction of any act to collect a discharged debt, but do not affect the liability of a third-party on the alleged claims, such as an insurer. See 11 U.S.C. § 524(a), (e), and 4 Collier on Bankruptcy P 524.05.</u>

2. Since identical issues of fact and law apply to the Plaintiffs' claims against the Amin Defendants, and since the Plaintiffs have acknowledged the same in the Stipulation, judgment is entered on the Counterclaim filed in this Court on September 19, 2022 in favor of both the Amin Defendants <u>and against Plaintiffs that the claims asserted in the Complaint have been discharged as stated above.</u>

3. In a separate order, the Court will issue an order remanding the Superior Court Case.

Dated: March 15, 2023

By the Court

Ronald H. Sargis, Judge
United States Bankruptcy Court

---

\* The court's alternations to the proposed judgment lodged with the court are shown by the <u>underlined text.</u>

Judgment on Counterclaim　　　　　　Page 2